# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MICHAEL ANTHONY LORUSSO,**
Appellant,

v.

**DONALD J. TRUMP,**
Appellee.

No. 4D22-2274

[April 20, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 502022CA004117.

Michael Anthony Lorusso, Polk City, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and ARTAU, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***